In the Matter of the Probate of the Will of MARTHA J. MULLIN, Deceased.

MARY A. WATSON, as Executrix, Appellant; JAMES T. GARDINER, Respondent.

(Submitted June 8, 1934; decided July 3, 1934.)

*Joseph J. Schwartz* and *John H. Donlan* for appellant.

*Hugo Wintner, Robert J. Fox* and *John G. Markey* for respondent.

Order affirmed, with costs to respondent payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.